

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00045-CV

**IN THE INTEREST OF S.M.W.** and S.-L.W., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00394
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED July 21, 2021.

Beth Watkins, Justice